UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00179-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GONZALO ALVIDRES-YBARRA, a/k/a Gonsalo Alvidrez,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, May 29, 2009,** and responses to these motions shall be filed by **Monday, June 8 , 2009.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a later date upon the request of counsel.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 29, 2009, at 9:00 a.m. in courtroom A-1002.**

    Dated:  April 28, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge